IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 6422 |
| J AND R INSTALLATIONS, INC., a dissolved Illinois corporation, | ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, J AND R INSTALLATIONS, INC., in the total amount of $37,558.02, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,260.75.

On September 3, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his receptionist, Paula Ackerman) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 24, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Kristin M. Reepmeyer

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>5th</u> day of <u>November 2014</u>:

   Mr. Kevin Rumbaugh, Registered Agent
   J and R Installations, Inc.
   10061 Lincoln Way
   Frankfort, IL   60423

   Ms. Rachel Boles, President
   J and R Installations, Inc.
   709 Gallant Drive
   Minooka, IL   60447

          /s/   Kristin M. Reepmeyer

Kristin M. Reepmeyer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6311325
Telephone: (312) 216-2584
Facsimile: (312) 236-0241
E-Mail: <u>kreepmeyer@baumsigman.com</u>

I:\265J\J and R\#24846\motion-default and judgment.kmr.df.wpd